■   James D. Ryan et al., Doing Business as Chenango Park, Respondents, v. State of New York, Appellant. (Claim No. 50487.) (Appeal No. 2.) — Judgment unanimously reversed on the law and facts, without costs and a new trial granted. Same memorandum as in *Ryan* v. *State of New York,* 39 A D 2d 830. (Appeal from judgment of Court of Claims in claim for damages for permanent appropriation.)   Present — Del Vecchio, J. P., Witmer, Moule, Cardamone and Henry, JJ.